IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | REENTRY COURT PROGRAM |
| v. | ) | |
| | ) | AMENDED ORDER TO REDUCE TERM OF |
| Jackie Eugene Fowler, | ) | SUPERVISED RELEASE |
| | ) | FOR SUCCESSFUL COMPLETION |
| Defendant. | ) | OF REENTRY COURT |
| | ) | (18 U.S.C. 3583(3)(1)) |
| | ) | |
| | ) | Docket Number:   0972 1:19CR00245-1 |

On March 20, 2024, the defendant was accepted as a participant in the Reentry Court Program. As of March 12, 2025, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of December 11, 2025.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved.  The term of Supervised Release imposed on November 29, 2021, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

4/17/2025
**Date**

**The Honorable Sheila K. Oberto**
**U.S. Magistrate Judge**

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved.  The defendant's term of Supervised Release is reduced by one year, with a new termination date of December 11, 2025.

April 18, 2025
**Date**

**The Honorable Dale A. Drozd**
**U.S. District Judge**

cc:   Defendant
      Assistant United States Attorney:  David Gappa
      Defense Counsel:  Kara Ottervanger
      FLU Unit – United States Attorney's Office
      Fiscal Clerk - Clerk's Office